**DISMISS; Opinion Filed February 12, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00412-CV

### PINE CREEK MEDICAL CENTER, Appellant
### V.
### MARGARET HIGHTOWER, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06105-D**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

The Court has before it appellant's January 17, 2014 unopposed motion to dismiss the appeal. In the motion, appellant states that appellee filed a notice of nonsuit with prejudice as to all claims against appellant in the trial court. Accordingly, we **GRANT** appellant's motion and **DISMISS** this appeal. *See* TEX. R. APP. P. 42.1(a).

/David Lewis/
DAVID LEWIS
JUSTICE

130412F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PINE CREEK MEDICAL CENTER,
Appellant

No. 05-13-00412-CV      V.

MARGARET HIGHTOWER, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-06105-D.
Opinion delivered by Justice Lewis.
Justices Bridges and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal, unless the parties have agreed otherwise.

Judgment entered this 12th day of February, 2014.

/David Lewis/

DAVID LEWIS
JUSTICE

–2–